ORIGINAL

FILED

MAY 22 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

BZ

SIDLEY AUSTIN LLP
JEFFREY M. OLSON (SBN 104074)
jolson@sidley.com
PAUL H. MEIER (SBN 115999)
pmeier@sidley.com
SAMUEL N. TIU (SBN 216291)
stiu@sidley.com
555 W. Fifth Street, Suite 4000
Los Angeles, California 90013
(213) 896-6000 phone
(213) 896-6600 fax

Attorneys for Plaintiff
CARDICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

CARDICA, INC., a Delaware corporation,

    Plaintiff,

v.

INTEGRATED VASCULAR INTERVENTIONAL TECHNOLOGIES, L.C., a Utah limited liability company,

    Defendant.

Case No. C 07-2687

**PLAINTIFF CARDICA, INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS (CIVIL L.R. 3-16 AND F.R.C.P. 7.1(a))**

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations), or other entities other than the parties themselves known by the party to have either: (i) a financial interest (of any kind) in the subject matter in controversy or in a party to the proceeding; or (ii) any other kind of interest that could be substantially affected by the outcome of the proceeding:

    1.    None

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedures, Cardica, Inc. makes the following disclosures:

    1.    Cardica, Inc. does not have any parent corporations.

1     2.    Guidant Investment Corp., affiliated with Boston Scientific Corporation, One Boston Scientific Place, Natick, MA 01760, owns 10% or more of Cardica, Inc.'s common stock.

SIDLEY AUSTIN LLP

Dated: May 22, 2007

By _____
Jeffrey M. Olson
Attorneys for Plaintiff
CARDICA, INC.