SIDLEY AUSTIN LLP
JEFFREY M. OLSON (SBN 104074)
*jolson@sidley.com*
PAUL H. MEIER (SBN 115999)
*pmeier@sidley.com*
SAMUEL N. TIU (SBN 216291)
*stiu@sidley.com*
555 W. Fifth Street, Suite 4000
Los Angeles, California 90013
(213) 896-6000  phone
(213) 896-6600  fax

Attorneys for Plaintiff
CARDICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CARDICA, INC., a Delaware corporation, ) | Case No. C07-2687BZ |
| ) | |
| Plaintiff, ) | **DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE** |
| ) | |
| v. ) | **AND** |
| ) | |
| INTEGRATED VASCULAR INTERVENTIONAL TECHNOLOGIES, L.C., ) a Utah limited liability company, ) | **REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |
| ) | |
| Defendant. ) | |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

SIDLEY AUSTIN LLP

Dated: June 20, 2007               By    /s/ Jeffrey M. Olson
                                        Jeffrey M. Olson
                                        Attorneys for Plaintiff
                                        CARDICA, INC.