**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

**June 20, 2007**

CASE NUMBER: CV 07-02687 BZ
CASE TITLE: CARDICA INC-v-INTEGRATED VASCULAR INTERVENTIONAL TECH

REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **OAKLAND** division.

**Honorable SAUNDRA BROWN ARMSTRONG** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **SBA** immediately after the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 06/20/07

FOR THE EXECUTIVE COMMITTEE:

_____
                              Clerk

NEW CASE FILE CLERK:

Copies to: Courtroom Deputies          Special Projects
Log Book Noted                          Entered in Computer 06/20/07 MAB

CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                 Transferor CSA