| | |
|---|---|
| 1 | SIDLEY AUSTIN LLP |
| | JEFFREY M. OLSON (SBN 104074) |
| 2 | *jolson@sidley.com* |
| | PAUL H. MEIER (SBN 115999) |
| 3 | *pmeier@sidley.com* |
| | SAMUEL N. TIU (SBN 216291) |
| 4 | *stiu@sidley.com* |
| | 555 W. Fifth Street, Suite 4000 |
| 5 | Los Angeles, California  90013 |
| | (213) 896-6000  phone |
| 6 | (213) 896-6600  fax |
| 7 | Attorneys for Plaintiff |
| | CARDICA, INC. |
| 8 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CARDICA, INC., a Delaware corporation, | Case No.  C07-2687 SBA |
| Plaintiff, | **PROOF OF SERVICE OF SUMMONS AND COMPLAINT** |
| v. | |
| INTEGRATED VASCULAR INTERVENTIONAL TECHNOLOGIES, L.C., a Utah limited liability company, | |
| Defendant. | |

**PROOF OF SERVICE OF PROCESS**

LA1 982876v.1