SIDLEY AUSTIN LLP
JEFFREY M. OLSON (SBN 104074)
*jolson@sidley.com*
PAUL H. MEIER (SBN 115999)
*pmeier@sidley.com*
SAMUEL N. TIU (SBN 216291)
*stiu@sidley.com*
555 W. Fifth Street, Suite 4000
Los Angeles, California 90013
(213) 896-6000 phone
(213) 896-6600 fax

Attorneys for Plaintiff
CARDICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CARDICA, INC., a Delaware corporation,<br><br>                Plaintiff,<br><br>   v.<br><br>INTEGRATED VASCULAR INTERVENTIONAL TECHNOLOGIES, L.C., a Utah limited liability company,<br><br>                Defendant. | Case No. C07-2687 SBA<br><br>**PROOF OF SERVICE OF SUMMONS AND COMPLAINT** |

Cardica, Inc. v. Integrated Vascular Interventional Technologies, LC, et al.

Case No.: C 07 2687

| **RETURN OF SERVICE** ||
|---|---|
| Service of the Summons in a Civil Case, Case Management Scheduling Order for Reassigned Civil Cases, Plaintiff Cardica Inc's Certification of Interested Entities or Persons, Civil Cover Sheet, Complaint for Interfering Patents Action Pursuant to 35 USC 291 with Exhibit A-C, Declination to Proceed Before a Magistrate Judge and Request for Reassignment to a United States District Judge, Notice of Assignment of Case to a United States Magistrate Judge for Trial, Consent to Proceed Before a United States Magistrate Judge, Declination for Reassignment to a United States District Judge, Notice of Impending Reassignment to a United States District Court Judge, Order Setting Initial Case Management Conference and ADR Deadlines, Standing Orders, Standing Order for All judges of the Northern District of California, Reassignment Order, Report on the Filing or Determination of an Action Regarding a Patent or Trademark was made by me | DATE AND TIME<br><br>August 24, 2007 at 8:30 p.m. |
| NAME OF SERVER *(PRINT)*  Randy S. Teal | TITLE  Process Server |

*Check one box below to indicate method of service:*

x   Served personally upon the defendant: Integrated Vascular Interventional Technologies, L.C. by leaving a copy with Duane Blatter, registered agent, at 4220 Brockbank Wy., Salt Lake City UT 84124.

Left copies thereof at the dwelling house or usual place of abode of the defendant, _____, with a person of suitable age and discretion then residing therein whose name and relationship is _____ at the address of _____

Returned as _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on August 27, 2007
*Date*

*Signature of Server Address of Server*

1511 W. Beverly Blvd.

Los Angeles, CA 90026

*Address of Server*