| | |
|---|---|
| 1 | SIDLEY AUSTIN LLP |
| | JEFFREY M. OLSON (SBN 104074) |
| 2 | jolson@sidley.com |
| | PAUL H. MEIER (SBN 115999) |
| 3 | pmeier@sidley.com |
| | SAMUEL N. TIU (SBN 216291) |
| 4 | stiu@sidley.com |
| | 555 W. Fifth Street, Suite 4000 |
| 5 | Los Angeles, California  90013 |
| | (213) 896-6000  phone |
| 6 | (213) 896-6600  fax |
| 7 | Attorneys for Plaintiff |
| | CARDICA, INC. |
| 8 | |
| 9 | WORKMAN NYDEGGER |
| | THOMAS R. VUKSINICK (to be admitted pro hac vice) |
| 10 | tvuksinick@wnlaw.com |
| | 1000 Eagle Gate Tower |
| 11 | 60 East South Temple |
| | Salt Lake City, UT 84111 |
| 12 | (801) 533-9800 phone |
| | (801) 328-1707 fax |
| 13 | |
| 14 | Attorneys for Defendant |
| | INTEGRATED VASCULAR |
| 15 | INTERVENTIONAL TECHNOLOGIES, L.C. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CARDICA, INC., a Delaware corporation, | ) | Case No. C07-2687 SBA |
| | ) | AMENDED |
| Plaintiff, | ) | STIPULATION AND [~~XXXXXXXX~~ PROPOSED] ORDER |
| | ) | TO CONTINUE (1) RESPONSE TO |
| v. | ) | COMPLAINT AND (2) CASE |
| | ) | MANAGEMENT CONFERENCE AND |
| INTEGRATED VASCULAR | ) | RELATED DATES |
| INTERVENTIONAL TECHNOLOGIES, L.C., | ) | |
| a Utah limited liability company, | ) | |
| | ) | |
| Defendant. | ) | |

---

**STIPULATION AND [PROPOSED] ORDER TO CONTINUE (1) RESPONSE TO COMPLAINT AND
(2) CASE MANAGEMENT CONFERENCE AND RELATED DATES**

LA1 983389v.1

Whereas Plaintiff Cardica, Inc. ("Cardica") filed its complaint on May 22, 2007 against Defendant Integrated Vascular Interventional Technologies, L.C. ("IVIT");

Whereas the parties have been engaged in settlement negotiations since the filing of the complaint but have not succeeded in settling their dispute;

Whereas the Court has set a Case Management Conference for September 13, 2007 and requires the parties to file their Rule 26(f) report by September 4, 2007;

Whereas IVIT was served with the summons and complaint on August 24, 2007, and its response to the complaint is currently due on September 13, 2007;

Whereas the parties agree that additional time is needed for IVIT to retain counsel, investigate the issues alleged in the complaint, and prepare its response to the complaint such that a meaningful Rule 26(f) conference can be conducted;

Therefore, the parties stipulate, subject to the Court's approval, that the currently scheduled dates be continued as follows:

1. The date for IVIT to answer, plead, or otherwise respond to the complaint is continued from September 13, 2007 to October 1, 2007;

2. The last day for the parties' meet and confer under Rule 26(f) of the Federal Rules of Civil Procedure and to file an ADR certification is continued from August 20, 2007 to October 16, 2007;

3. The date for the parties to file a joint Rule 26(f) report is continued from September 4, 2007 to October 23, 2007;

LA1 983389v.1

**STIPULATION AND [PROPOSED] ORDER TO CONTINUE (1) RESPONSE TO COMPLAINT AND
(2) CASE MANAGEMENT CONFERENCE AND RELATED DATES**

1

Case 4:07-cv-02687-SBA   Document 12   Filed 08/29/2007   Page 3 of 4

4. The Case Management Conference is continued from September 13, 2007 to ~~October 31, 2007~~ ~~November X,~~ 2007 at 3:00 ~~am~~/pm. The Case Management Conference will be by telephone, and the ~~October XX~~ call will be initiated by Plaintiff.

 

Respectfully Submitted,

SIDLEY AUSTIN LLP

Dated: August 29, 2007

By _____
Jeffrey M. Olson
Attorneys for Plaintiff
CARDICA, INC.

WORKMAN NYDEGGER

Dated: August 29, 2007

By _____
Thomas R. Vuksinick
Attorneys for Defendant
Integrated Vascular Interventional
Technologies, L.C.

IT IS HEREBY SO ORDERED:

Dated: 9/4/07

_____
Saundra B. Armstrong
United States District Judge

---

STIPULATION AND [PROPOSED] ORDER TO CONTINUE (1) RESPONSE TO COMPLAINT AND
(2) CASE MANAGEMENT CONFERENCE AND RELATED DATES

2

# CERTIFICATE OF SERVICE

I hereby certify that on August 29, 2007, I caused a true and correct copy of the foregoing **STIPULATION AND [PROPOSED] ORDER TO CONTINUE (1) RESPONSE TO COMPLAINT AND (2) CASE MANAGEMENT CONFERENCE AND RELATED DATES** to be served by PDF and first class mail delivery to:

Thomas R. Vuksinick, Esq. (tvuksinick@wnlaw.com)
WORKMAN NYDEGGER
1000 Eagle Gate Tower
60 East South Temple
Salt Lake City, UT 84111

Executed on August 29, 2007, in Los Angeles, California 90013. I declare under penalty of perjury that the foregoing is true and correct.

*/s/ Nancy L. Gregg*
Nancy L. Gregg

LA1 983389v.1