BRENT P. LORIMER (USB No. A3731) (to be admitted pro hac vice)
*blorimer@wnlaw.com*
THOMAS R. VUKSINICK (USB No. A3341) (to be admitted pro hac vice)
*tvuksinick@wnlaw.com*
CHAD E. NYDEGGER (USB No. 9664) (to be admitted pro hac vice)
*cnydegger@wnlaw.com*
WORKMAN NYDEGGER
1000 Eagle Gate Tower
60 East South Temple
Salt Lake City, UT 84111
Telephone: (801) 533-9800
Facsimile: (801) 328-1707

ROBERT H. SLOSS
FARELLA BRAUN & MARTEL LLP
235 Montgomery Street
San Francisco, CA 94101
Telephone: (415) 954-4400
Facsimile: (415) 954-4480 (fax)
*RSloss@fbm.com*

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARDICA, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>INTEGRATED VASCULAR INTERVENTIONAL TECHNOLOGIES, L.C., a Utah limited liability company,<br><br>Defendant. | Case No. C07-2687 SBA<br><br>Honorable Saundra Brown Armstrong<br><br>**DECLARATION OF DUANE D. BLATTER, M.D. IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS FOR LACK OF PERSIONAL JURISDICTION**<br><br>December 4, 2007 at 1:00 p.m.<br>Courtroom 3, Third Floor |

---

**DECLARATION OF DUANE D. BLATTER, M.D.**

Duane D. Blatter, M.D., declarant herein, declares as follows:

1. I am a citizen of the United States, am over the age of 21, and am competent to testify to the matters set forth herein.

2. I am a resident of the State of Utah, where I practice as a radiologist.

3. I am the inventor of U.S. Patent No. 7,220,268 ("the '268 patent") titled *Methods for Anastomosis of a Graft Vessel to a Side of a Receiving Vessel*.

4. Between February 28 and March 5, 1998, I attended meetings at a scientific conference held in San Francisco, California. My purpose for attending this scientific conference was to satisfy my continuing education requirements as a licensed radiologist. I did not go to the conference or to California for the intention or purpose of conceiving the subject matter of the '268 patent and I had no intent of performing any research or development of any product while attending the conference in California.

5. While sitting in a presentation on subject matter unrelated to anastomosis, my thoughts wandered to the subject of anastomosis and I conceived of the subject matter that was ultimately incorporated in the '268 patent.

6. All of the physical development work with respect to the idea embodied in the subject matter of the '268 patent I conceived while at the conference has been done in Utah.

7. I founded Integrated Vascular Interventional Technologies, LC ("IVIT, LC"), which was formed in the State of Utah on September 4, 1998. IVIT, LC was not a California limited liability company. I was involved in the day-to-day activities of IVIT, LC.

8. On November 12, 2003, my attorney at the time, Kevin B. Laurence who practiced law in Salt Lake City, Utah, filed U.S. Patent Application No. 10/706,245 ("the '245 application") with the U.S. Patent and Trademark Office in my behalf. That same day I assigned the '245 application to IVIT, LC.

9. IVIT, LC has never sold any products in California or anywhere else.

10. IVIT, LC has never maintained any office in California.

11. IVIT, LC has never owned real property in California.

DECLARATION OF DUANE D. BLATTER, M.D.
2

12. IVIT, LC has never served any California market.

13. IVIT, LC has never had an agent for service of process in California.

14. IVIT, LC has never aimed any advertising at California.

15. IVIT, LC was never registered or licensed to do business in California.

16. IVIT, LC has never had a place of business in any state other than Utah.

17. I am also a founder of IVIT, Inc., which was incorporated in July, 2006. IVIT, Inc. is not a California corporation. I have been involved with the activities of IVIT, Inc. since its inception.

18. In August, 2006, IVIT, LC was merged into IVIT, Inc., thereby passing ownership of the '245 patent from IVIT, LC to IVIT, Inc.

19. On May 22, 2007, the '245 application issued as the '268 patent, owned by IVIT, Inc.

20. IVIT, Inc. has never sold any products in California or anywhere else.

21. IVIT, Inc. has never maintained any office in California.

22. IVIT, Inc. has never owned real property in California.

23. IVIT, Inc. has never served any California market.

24. IVIT, Inc. has never had an agent for service of process in California.

25. IVIT, Inc. has never aimed any advertising at California.

26. IVIT, Inc. was never registered or licensed to do business in California.

27. IVIT, Inc. has never had a place of business in any state other than Utah.

I have read the foregoing declaration and declare under penalties of perjury that the contents thereof are true and correct of my own personal knowledge.

Dated this 1st day of October, 2007.

_____
DUANE D. BLATTER, M.D.

---

DECLARATION OF DUANE D. BLATTER, M.D.
3