UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARDICA, INC.       Plaintiff, )<br>)<br>vs.                                    )<br>)<br>)<br>)<br>INTEGRATED VASCULAR )<br>INTERVENTIONAL TECHNOLOGIES, )<br>L.C.,                                )<br>     Defendant.                   )<br>_____ ) | No. C 07-02687 SBA<br><br>CLERK'S NOTICE |

**Counsel for the Plaintiff is directed to serve a copy of this Notice upon any other party in this action. Following service, Counsel shall file a certificate of service with the Clerk of the Court)**

**YOU ARE HEREBY NOTIFIED THAT** the Case Management Conference set for October 31, 2007, has been continued to Tuesday, December 4, 2007, at 1:00 p.m., to follow the hearing on the motion in Courtroom 3 of the United States Courthouse, 1301 Clay Street, 3rd Floor, Oakland, California, 94612.


DATED:   10/3/07

                                        FOR THE COURT,
                                        Richard W. Wieking, Clerk


                                        By: /s/ Lisa R. Clark
                                             LISA R. CLARK
                                             Courtroom Deputy

To: