1  BRENT P. LORIMER
   blorimer@wnlaw.com
2  WORKMAN NYDEGGER
   1000 Eagle Gate Tower
3  60 East South Temple
   Salt Lake City, UT 84111
4  Telephone: (801) 533-9800
   Facsimile: (801) 328-1707
5
6  Attorneys for Defendant
   INTEGRATED VASCULAR
7  INTERVENTIONAL TECHNOLOGIES, L.C.



FILED
SEP 2 7 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARDICA, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>INTEGRATED VASCULAR<br>INTERVENTIONAL TECHNOLOGIES,<br>L.C., a Utah limited liability company,<br><br>Defendant. | Case No. C07-2687 SBA<br><br>Honorable Saundra Brown Armstrong<br><br>APPLICATION FOR ADMISSION OF<br>ATTORNEY *PRO HAC VICE* |

Pursuant to Civil L.R. 11-3, **Brent P. Lorimer**, an active member in good standing of the bar of Utah, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Defendant, Integrated Vascular Interventional Technologies, L.C., in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as cocounsel

APPLICATION FOR ADMISSION
OF ATTORNEY *PRO HAC VICE*

1

1  in the above-entitled action. The name, address and telephone number of that
2  attorney is: Robert H. Sloss, FARELLA BRAUN & MARTEL LLP, 235
3  Montgomery Street, San Francisco, California 94101, (415) 954-4400.

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 25th day of September, 2007.

                                              */s/ Brent P. Lorimer*

Brent P. Lorimer (Utah State Bar No. 3731)
WORKMAN | NYDEGGER
1000 Eagle Gate Tower
60 East South Temple
Salt Lake City, UT 84111
Telephone: 801-533-9800
Facsimile: 801-328-1707
Email: blorimer@wnlaw.com

APPLICATION FOR ADMISSION
OF ATTORNEY *PRO HAC VICE*

```
Court Name: U.S. District Court, NDCA
Division: 4
Receipt Number: 44611001296
Cashier ID: lenahac
Transaction Date: 09/27/2007
Payer Name: Workman Nydegger
------------------------------------
PRO HAC VICE
 For: Brent P. Lorimer
 Case/Party: D-CAN-4-07-AT-PROHAC-001
 Amount:         $210.00
PRO HAC VICE
 For: Thomas R. Vuksinick
 Case/Party: D-CAN-4-07-AT-PROHAC-001
 Amount:         $210.00
PRO HAC VICE
 For: Chad E. Nydegger
 Case/Party: D-CAN-4-07-AT-PROHAC-001
 Amount:         $210.00
------------------------------------
CHECK
 Check/Money Order Num: 154447
 Amt Tendered:   $630.00
------------------------------------
Total Due:      $630.00
Total Tendered: $630.00
Change Amt:     $0.00

CV-07-2687-SBA for Chad E.
Nydegger, Thomas R. Vuksinick, and
Brent P. Lorimer.


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```