|   |   |
|---|---|
| 1 | THOMAS R. VUKSINICK |
|   | tvuksinick@wnlaw.com |
| 2 | WORKMAN NYDEGGER |
|   | 1000 Eagle Gate Tower |
| 3 | 60 East South Temple |
|   | Salt Lake City, UT 84111 |
| 4 | Telephone: (801) 533-9800 |
|   | Facsimile: (801) 328-1707 |

**RECEIVED**
SEP 27 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Attorneys for Defendant
INTEGRATED VASCULAR
INTERVENTIONAL TECHNOLOGIES, L.C.

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARDICA, INC., a Delaware corporation, | Case No. C07-2687 SBA |
| Plaintiff, | Honorable Saundra Brown Armstrong |
| v. | |
| INTEGRATED VASCULAR INTERVENTIONAL TECHNOLOGIES, L.C., a Utah limited liability company, | ~~(PROPOSED)~~ ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |
| Defendant. | |

**THOMAS R. VUKSINICK**, an active member in good standing of the bar of Utah, and of the United States District Court for the District of Utah, whose business address and telephone number is Workman Nydegger, 1000 Eagle Gate Tower, 60 East South Temple, Salt Lake City, Utah, 84111, (801) 533-9800, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Defendant, Integrated Vascular Interventional Technologies, L.C.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 10/2/07

*/s/ Saundra B Armstrong*
Saundra Brown Armstrong
United States Judge