SIDLEY AUSTIN LLP
JEFFREY M. OLSON (SBN 104074)
*jolson@sidley.com*
PAUL H. MEIER (SBN 115999)
*pmeier@sidley.com*
SAMUEL N. TIU (SBN 216291)
*stiu@sidley.com*
555 W. Fifth Street, Suite 4000
Los Angeles, California 90013
(213) 896-6000 phone
(213) 896-6600 fax

Attorneys for Plaintiff
CARDICA, INC.

WORKMAN NYDEGGER
BRENT P. LORIMER (admitted pro hac vice, *blorimer@wnlaw.com*)
THOMAS R. VUKSINICK (admitted pro hac vice, *tvuksinick@wnlaw.com*)
1000 Eagle Gate Tower
60 East South Temple
Salt Lake City, Utah 84111
(801) 533-9800 phone
(801) 328-1707 fax

FARELLA BRAUN & MARTEL LLP
Robert H. Sloss
*rsloss@fbm.com*
235 Montgomery Street
San Francisco, California 94101
(415) 954-4400
(415) 954-4480 (fax)

Attorneys for Defendant
INTEGRATED VASCULAR INTERVENTIONAL TECHNOLOGIES, L.C.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARDICA, INC., a Delaware corporation,<br><br>             Plaintiff,<br><br>      v.<br><br>INTEGRATED VASCULAR<br>INTERVENTIONAL TECHNOLOGIES, L.C.,<br>a Utah limited liability company,<br><br>             Defendant. | Case No. 07-cv-02687-SBA<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE AND HEARING ON DEFENDANT'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION** |

1  Whereas Defendant Integrated Vascular Interventional Technologies, L.C. ("IVIT") has filed a motion to dismiss the complaint of Plaintiff Cardica, Inc. ("Cardica") for lack of personal jurisdiction, which is currently set for hearing on December 4, 2007;

Whereas the Court has rescheduled the Case Management Conference to December 4, 2007 to coincide with the hearing on IVIT's Motion to Dismiss for Lack of Personal Jurisdiction;

Whereas Cardica's counsel is expected to be in trial on December 4, 2007;

Whereas the parties have agreed to conduct limited discovery on the question of personal jurisdiction;

Whereas the parties agree that additional time is needed for Cardica to conduct discovery on the question of jurisdiction in advance of filing an opposition (if any) to IVIT pending motion;

Whereas conducting limited discovery on personal jurisdiction at this time could conserve private and judicial resources and will not unduly delaying resolution of this matter;

Therefore, the parties stipulate, subject to the Court's approval, that the currently scheduled dates for Case Management Conference and IVIT's motion to dismiss for lack of personal

jurisdiction both be continued from December 4, 2007 to January 22, 2008.  Cardica shall file its opposition by December 31, 2007.  IVIT shall file its reply by January 8, 2007.

                                                    Respectfully submitted,

                                                    SIDLEY AUSTIN LLP

Dated:  October 23, 2007                    By:   /s/ Jeffrey M. Olson
                                                                          Jeffrey M. Olson
                                                                             Attorneys for Plaintiff
                                                                             CARDICA, INC.

                                                  WORKMAN NYDEGGER

Dated:  October 23, 2007                    By:   /s/ Brent P. Lorimer
                                                                           Brent P. Lorimer
                                                                             Thomas R. Vuksinick
                                                                             Attorneys for Defendant
                                                                             INTEGRATED VASCULAR
                                                                             INTERVENTIONAL TECHNOLOGIES, L.C.

**PURSUANT TO STIPULATION, IS SO ORDERED:**

Dated:  _____, 2007

                                                      Saundra B. Armstrong
                                                      United States District Judge

# CERTIFICATE OF SERVICE

I hereby certify that on October 23, 2007, I caused a true and correct copy of the foregoing **STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE AND HEARING ON DEFENDANT'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION** to be served by PDF and first class mail delivery to:

Brent P. Lorimer (blorimer@wnlaw.com)
Thomas R. Vuksinick, Esq. (tvuksinick@wnlaw.com)
WORKMAN NYDEGGER
1000 Eagle Gate Tower
60 East South Temple
Salt Lake City, UT 84111

Executed on October 23, 2007, in Los Angeles, California 90013. I declare under penalty of perjury that the foregoing is true and correct.

          /s/ Nancy L. Gregg
          Nancy L. Gregg

LA1 1080867v.1