SIDLEY AUSTIN LLP
JEFFREY M. OLSON (SBN 104074)
*jolson@sidley.com*
PAUL H. MEIER (SBN 115999)
*pmeier@sidley.com*
SAMUEL N. TIU (SBN 216291)
*stiu@sidley.com*
555 W. Fifth Street, Suite 4000
Los Angeles, California 90013
(213) 896-6000  phone
(213) 896-6600  fax

Attorneys for Plaintiff
CARDICA, INC.

WORKMAN NYDEGGER
BRENT P. LORIMER (admitted pro hac vice,)
THOMAS R. VUKSINICK (admitted pro hac vice, *tvuksinick@wnlaw.com*)
1000 Eagle Gate Tower
60 East South Temple
Salt Lake City, Utah 84111
(801) 533-9800 phone
(801) 328-1707 fax

FARELLA BRAUN & MARTEL LLP
Robert H. Sloss
*rsloss@fbm.com*
235 Montgomery Street
San Francisco, California 94101
(415) 954-4400
(415) 954-4480 (fax)

Attorneys for Defendant
INTEGRATED VASCULAR INTERVENTIONAL TECHNOLOGIES, L.C.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARDICA, INC., a Delaware corporation, <br><br>　　　　　　Plaintiff, <br><br>　　v. <br><br>INTEGRATED VASCULAR INTERVENTIONAL TECHNOLOGIES, L.C., a Utah limited liability company, <br><br>　　　　　　Defendant. | Case No. 07-cv-02687-SBA <br><br>**STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE AND HEARING ON DEFENDANT'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION** |

**STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING – CASE NO. 07-cv-02687-SBA**

1  Whereas Defendant Integrated Vascular Interventional Technologies, L.C. ("IVIT") has filed
2  a motion to dismiss the complaint of Plaintiff Cardica, Inc. ("Cardica") for lack of personal
3  jurisdiction, which is currently set for hearing on December 4, 2007;
4  Whereas the Court has rescheduled the Case Management Conference to December 4, 2007
5  to coincide with the hearing on IVIT's Motion to Dismiss for Lack of Personal Jurisdiction;
6  Whereas Cardica's counsel is expected to be in trial on December 4, 2007;
7  Whereas the parties have agreed to conduct limited discovery on the question of personal
8  jurisdiction;
9  Whereas the parties agree that additional time is needed for Cardica to conduct discovery on
10 the question of jurisdiction in advance of filing an opposition (if any) to IVIT pending motion;
11 Whereas conducting limited discovery on personal jurisdiction at this time could conserve
12 private and judicial resources and will not unduly delaying resolution of this matter;
13 Therefore, the parties stipulate, subject to the Court's approval, that the currently scheduled
14 dates for Case Management Conference and IVIT's motion to dismiss for lack of personal

- 1 -
**STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING – CASE NO. 07-CV-02687-SBA**

1  jurisdiction both be continued from December 4, 2007 to February 12, 2008.  Cardica shall file its
2  opposition by December 31, 2007.  IVIT shall file its reply by January 8, 2007.

Respectfully submitted,

SIDLEY AUSTIN LLP

Dated:  October 23, 2007        By:   /s/ Jeffrey M. Olson
                                      Jeffrey M. Olson
                                      Attorneys for Plaintiff
                                      CARDICA, INC.

WORKMAN NYDEGGER

Dated:  October 23, 2007        By:   /s/ Brent P. Lorimer
                                      Brent P. Lorimer
                                      Thomas R. Vuksinick
                                      Attorneys for Defendant
                                      INTEGRATED VASCULAR
                                      INTERVENTIONAL TECHNOLOGIES, L.C.

**PURSUANT TO STIPULATION, IS SO ORDERED:**

Dated: 11/5/07                  *Saundra B. Armstrong*

                                Saundra B. Armstrong
                                United States District Judge

- 2 -
**STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING – CASE NO. 07-CV-02687-SBA**

**CERTIFICATE OF SERVICE**

I hereby certify that on October 23, 2007, I caused a true and correct copy of the foregoing **STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE AND HEARING ON DEFENDANT'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION** to be served by PDF and first class mail delivery to:

>Brent P. Lorimer (blorimer@wnlaw.com)
>Thomas R. Vuksinick, Esq. (tvuksinick@wnlaw.com)
>WORKMAN NYDEGGER
>1000 Eagle Gate Tower
>60 East South Temple
>Salt Lake City, UT 84111

Executed on October 23, 2007, in Los Angeles, California 90013. I declare under penalty of perjury that the foregoing is true and correct.

    /s/ Nancy L. Gregg
Nancy L. Gregg

LA1 1080867v.1