1  SIDLEY AUSTIN LLP
   JEFFREY M. OLSON (SBN 104074)
2  jolson@sidley.com
   PAUL H. MEIER (SBN 115999)
3  pmeier@sidley.com
   SAMUEL TIU (SBN 216291)
4  stiu@sidley.com
   555 W. Fifth Street, Suite 4000
5  Los Angeles, California  90013
   (213) 896-6000  phone
6  (213) 896-6600  fax

7  Attorneys for Plaintiff
   CARDICA, INC.
8

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11                       SAN FRANCISCO DIVISION

12  | | |
    |---|---|
    | CARDICA, INC., a Delaware corporation, ) | Case No. 07-CV-02687 (SBA) |
    | Plaintiff, ) | Assigned to: Hon. Saundra Brown Armstrong |
    | vs. ) | **CARDICA INC.'S ADMINISTRATIVE REQUEST TO FILE UNDER SEAL PORTIONS OF (1) CARDICA INC.'S OPPOSITION TO DEFENDANT IVIT'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION; AND (2) DECLARATION OF SAMUEL TIU IN SUPPORT OF OPPOSITION** |
    | INTEGRATED VASCULAR INTERVENTIONAL TECHNOLOGIES, L.C., ) a Utah limited liability company, ) | |
    | Defendant, ) | |

---

**CARDICA, INC.'S ADMINISTRATIVE REQUEST TO FILE UNDER SEAL**
**CASE NO. 07-CV-02687 (SBA)**

Pursuant to Civil Local Rules 7-11 and 79-5, and in compliance with Patent Local Rule 2-2, Plaintiff Cardica, Inc. ("Cardica") hereby moves to file certain portions of (1) *Plaintiff Cardica, Inc.'s Opposition To Defendant IVIT's Motion To Dismiss For Lack Of Personal Jurisdiction;* and (2) exhibits C-N and P to the *Declaration of Samuel Tiu In Support Of Plaintiff Cardica, Inc.'s Opposition To Defendant IVIT's Motion To Dismiss For Lack Of Personal Jurisdiction*, unredacted copies of which will be lodged under seal on December 31, 2007. Cardica is moving to keep these materials under seal solely because defendant has designated such information and documents as "Outside Attorneys' Eyes Only" pursuant to Patent Local Rule 2-2. *See* accompanying Declaration of Samuel Tiu ¶ 4.

Dated: December 28, 2007

Respectfully submitted,

**SIDLEY AUSTIN LLP**
Jeffrey M. Olson
Paul H. Meier
Samuel Tiu

By: /s/ Samuel N. Tiu
Samuel N. Tiu
Attorneys for Plaintiff
CARDICA, INC.

# CERTIFICATE OF SERVICE

I hereby certify that on December 28, 2007, I caused true and correct copies of the foregoing **PLAINTIFF CARDICA, INC.'S ADMINISTRATIVE REQUEST TO FILE UNDER SEAL PORTIONS OF CARDICA INC.'S OPPOSITION TO DEFENDANT IVIT'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION; AND DECLARATION OF SAMUEL TIU IN SUPPORT OF OPPOSITION** to be served by e-mail (in Adobe PDF format) and first class mail delivery to:

Brent P. Lorimer
*blorimer@wnlaw.com*
Thomas R. Vuksinick
*tvuksinick@wnlaw.com*
**WORKMAN NYDEGGER**
1000 Eagle Gate Tower
60 East South Temple
Salt Lake City, UT 84111
Telephone: (801) 533-9800
Facsimile: (801) 328-1707

Robert H. Sloss
rsloss@fbm.com
**FARELLA BRAUN & MARTEL LLP**
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Executed on December 28, 2007, in Los Angeles, California 90013. I declare under penalty of perjury that the foregoing is true and correct.

_____
Alexandra Prado