1 | **SIDLEY AUSTIN LLP**
**JEFFREY M. OLSON (SBN 104074)**
2 | jolson@sidley.com
**PAUL H. MEIER (SBN 115999)**
3 | pmeier@sidley.com
**SAMUEL TIU (SBN 216291)**
4 | stiu@sidley.com
555 W. Fifth Street, Suite 4000
5 | Los Angeles, California 90013
(213) 896-6000 phone
6 | (213) 896-6600 fax

7 | **Attorneys for Plaintiff**
**CARDICA, INC.**
8 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| CARDICA, INC., a Delaware corporation, | ) Case No. 07-CV-02687 (SBA) |
|---|---|
| Plaintiff, | ) Assigned to: Hon. Saundra Brown Armstrong |
| vs. | ) **DECLARATION OF SAMUEL N. TIU IN SUPPORT OF CARDICA, INC.'S ADMINISTRATIVE REQUEST TO FILE UNDER SEAL PORTIONS OF CARDICA INC.'S OPPOSITION TO DEFENDANT IVIT'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION; AND DECLARATION OF SAMUEL N. TIU IN SUPPORT OF OPPOSITION TO MOTION TO DISMISS** |
| INTEGRATED VASCULAR INTERVENTIONAL TECHNOLOGIES, L.C., a Utah limited liability company, | |
| Defendant, | |

---

DECLARATION IN SUPPORT OF ADMINISTRATIVE REQUEST TO FILE UNDER SEAL
CASE NO. 07-CV-02687 (SBA)

I, Samuel N. Tiu, state and declare as follows:

1. I am an attorney with SIDLEY AUSTIN LLP and counsel of record for Plaintiff Cardica, Inc. ("Cardica") in the above-captioned matter. I have knowledge of the following, and if called as a witness, could and would testify competently to the facts set forth below, either based upon my own knowledge, or based upon my review of the cited documents.

2. I submit this declaration in support of Cardica's administrative request to file portions of the following documents under seal pursuant to Civil Local Rule 79-5(b) and (c):

   a. Plaintiff Cardica, Inc.'s Opposition to Defendant IVIT's Motion To Dismiss For Lack Of Personal Jurisdiction

   b. Declaration Of Samuel Tiu In Support Of Plaintiff Cardica's Opposition to Defendant IVIT's Motion To Dismiss For Lack Of Personal Jurisdiction

3. The above documents will be lodged with the Clerk on December 31, 2007.

4. The above documents contain information designated "Outside Attorneys' Eyes Only" by defendant pursuant to Patent Local Rule 2-2. Specifically, Exhibit C to the declaration referred in ¶ 2(a) above contains excerpts from the deposition of Dr. Duane Blatter, which defendant IVIT has designated as "Outside Attorneys' Eyes Only" pursuant to Patent Local Rule 2-2. Exhibits D-N and P to the declaration referred in ¶ 2(a) above are documents that defendant IVIT has also designated as "Outside Attorneys' Eyes Only" pursuant to Patent Local Rule 2-2. Cardica's opposition brief discusses the information contained in Dr. Blatter's deposition and IVIT's documents.

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 28th day of December 2007 in Los Angeles, California.

_____
Samuel N. Tiu

---

1

**DECLARATION IN SUPPORT OF ADMINISTRATIVE REQUEST TO FILE UNDER SEAL**
**CASE NO. 07-CV-02687 (SBA)**

# CERTIFICATE OF SERVICE

I hereby certify that on December 28, 2007, I caused true and correct copies of the foregoing **DECLARATION OF SAMUEL TIU IN SUPPORT OF CARDICA, INC.'S ADMINISTRATIVE REQUEST TO FILE UNDER SEAL PORTIONS OF CARDICA INC.'S OPPOSITION TO DEFENDANT IVIT'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION; AND DECLARATION OF SAMUEL TIU IN SUPPORT OF OPPOSITION TO MOTION TO DISMISS** to be served by e-mail (in Adobe PDF format) and first class mail delivery to:

Brent P. Lorimer
blorimer@wnlaw.com
Thomas R. Vuksinick
tvuksinick@wnlaw.com
**WORKMAN NYDEGGER**
1000 Eagle Gate Tower
60 East South Temple
Salt Lake City, UT 84111
Telephone: (801) 533-9800
Facsimile: (801) 328-1707

Robert H. Sloss
rsloss@fbm.com
**FARELLA BRAUN & MARTEL LLP**
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Executed on December 28, 2007, in Los Angeles, California 90013. I declare under penalty of perjury that the foregoing is true and correct.

_____
Alexandra Prado

LA 113469v1

---

**DECLARATION IN SUPPORT OF ADMINISTRATIVE REQUEST TO FILE UNDER SEAL**
**CASE NO. 07-CV-02687 (SBA)**