SIDLEY AUSTIN LLP
JEFFREY M. OLSON (SBN 104074)
jolson@sidley.com
PAUL H. MEIER (SBN 115999)
pmeier@sidley.com
SAMUEL TIU (SBN 216291)
stiu@sidley.com
555 W. Fifth Street, Suite 4000
Los Angeles, California 90013
(213) 896-6000 phone
(213) 896-6600 fax

Attorneys for Plaintiff
CARDICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CARDICA, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>INTEGRATED VASCULAR INTERVENTIONAL TECHNOLOGIES, L.C., a Utah limited liability company,<br><br>Defendant. | Case No. 07-CV-02687 (SBA)<br><br>Assigned to: Hon. Saundra Brown Armstrong<br><br>**[PROPOSED] ORDER RE CARDICA INC.'S ADMINISTRATIVE REQUEST TO FILE UNDER SEAL PORTIONS OF (1) CARDICA INC.'S OPPOSITION TO DEFENDANT IVIT'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION; AND (2) DECLARATION OF SAMUEL TIU IN SUPPORT OF OPPOSITION** |

1 | Pursuant to Civil Local Rule 79-5(d), the materials lodged by Plaintiff Cardica, Inc.
2 | ("Cardica") on December 31, 2007 under seal shall remain under seal until January 8, 2008. If
3 | defendant does not provide a basis for keeping those materials under seal by January 8, 2008, then
4 | the Clerk shall file the materials lodged by Cardica in the public record. If defendant offers support
5 | for keeping those materials under seal by January 8, 2008, then the clerk shall keep the materials
6 | under seal until such time as the Court issues an order to the contrary.

**IT IS SO ORDERED.**

Dated: _____    _____
Hon. Saundra Brown Armstrong
United States District Court
for the Northern District of California

# CERTIFICATE OF SERVICE

I hereby certify that on December 28, 2007, I caused true and correct copies of the foregoing **[PROPOSED] ORDER RE CARDICA, INC.'S ADMINISTRATIVE REQUEST TO FILE UNDER SEAL PORTIONS OF CARDICA INC.'S OPPOSITION TO DEFENDANT IVIT'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION; AND DECLARATION OF SAMUEL TIU IN SUPPORT OF OPPOSITION** to be served by e-mail (in Adobe PDF format) and first class mail delivery to:

Brent P. Lorimer
*blorimer@wnlaw.com*
Thomas R. Vuksinick
*tvuksinick@wnlaw.com*
**WORKMAN NYDEGGER**
1000 Eagle Gate Tower
60 East South Temple
Salt Lake City, UT 84111
Telephone: (801) 533-9800
Facsimile: (801) 328-1707

Robert H. Sloss
rsloss@fbm.com
**FARELLA BRAUN & MARTEL LLP**
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Executed on December 28, 2007, in Los Angeles, California 90013. I declare under penalty of perjury that the foregoing is true and correct.

_____
Alexandra Prado