1  BRENT P. LORIMER (USB No. A3731) (admitted pro hac vice)
   *blorimer@wnlaw.com*
2  THOMAS R. VUKSINICK (USB No. A3341) (admitted pro hac vice)
   *tvuksinick@wnlaw.com*
3  CHAD E. NYDEGGER (USB No. 9664) (to be admitted pro hac vice)
   cnydegger@wnlaw.com
4  WORKMAN NYDEGGER
   1000 Eagle Gate Tower
5  60 East South Temple
   Salt Lake City, UT  84111
6  Telephone:  (801) 533-9800
   Facsimile:  (801) 328-1707
7
8  ROBERT H. SLOSS
   FARELLA BRAUN & MARTEL LLP
9  235 Montgomery Street
   San Francisco, CA  94101
10 Telephone:  (415) 954-4400
   Facsimile:  (415) 954-4480 (fax)
11 *RSloss@fbm.com*

12 Attorneys for Defendant

13             IN THE UNITED STATES DISTRICT COURT

14            NORTHERN DISTRICT OF CALIFORNIA

15 | CARDICA, INC., a Delaware corporation, | Case No. C07-2687 SBA |
16 | Plaintiff, | Honorable Saundra Brown Armstrong |
17 | v. |  |
18 | INTEGRATED VASCULAR INTERVENTIONAL TECHNOLOGIES, L.C., a Utah limited liability company, | STIPULATION AND [PROPOSED] ORDER EXTENDING THE TIME FOR DEFENDANT TO REPLY TO PLAINTIFF'S MEMORANDUM IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION |
19 |  |  |
20 | Defendant. |  |
21
22
23

24      The parties hereby stipulate, subject to Court approval, that the time for defendant to serve

25 and file its reply to plaintiff's memorandum in opposition to Defendant's Motion to Dismiss for

26 Lack of Personal Jurisdiction be extended from January 8, 2008 to January 22, 2008.  Defendant's

27 Motion to Dismiss for Lack of Personal Jurisdiction is scheduled for hearing on February 12, 2008,

28

1  more than 14 days after the proposed extension for filing defendant's reply.  Accordingly, the

2  extension will not affect the hearing date and will comply with Local Rule 7-3(c) which provides

3  that any reply to an opposition memorandum be served and filed not less than 14 days before the

4  hearing date.

5                                          Respectfully Submitted,

6                                          SIDLEY AUSTIN LLP

7

8  Dated:  January  7, 2008              By____/s/ Jeffrey M. Olson_____
                                             Jeffrey M. Olson
9                                            Attorneys for Plaintiff
                                             CARDICA, INC.
10

11                                         WORKMAN NYDEGGER

12

13  Dated:  January 7, 2008              By:___/s/ Thomas R. Vuksinick_____
                                             Brent P. Lorimer
14                                           Thomas R. Vuksinick
                                             Attorneys for Defendant

15

16  **PURSUANT TO STIPULATION, IS SO ORDERED**:

17

18

19  Dated:  January ___, 2008            _____
                                             Saundra B. Armstrong
20                                           United States District Judge

21

22

23

24

25

26

27

28  **STIPULATION AND [PROPOSED] ORDER EXTENDING THE**
    **TIME FOR DEFENDANT TO REPLY TO PLAINTIFF'S MEMO IN**
    **OPPOSITION TO MOTION TO DISMISS**
    Case No. C07-2687 SBA                    2

1

CERTIFICATE OF SERVICE

2

        I hereby certify that on January 7, 2008, I electronically filed the foregoing with the Clerk of

3

the Court using the CM/ECF system which sent notification of such filing to the following:

4

jolson@sidley.com and stiu@sidley.com; and I hereby certify that I have mailed by United States

5

Postal Service the document to the following non-CM/ECF participant:

6

        Paul Howard Meier
7       Sidley Austin LLP
        555 West Fifth Street, Suite 4000
8       Los Angeles, CA  90013

9

        Executed on January 7, 2008, at Salt Lake City, Utah.

10
                                        WORKMAN NYDEGGER
11

12

                                        By    /s/   Thomas R. Vuksinick
13                                            BRENT P. LORIMER
                                              THOMAS R. VUKSINICK
14                                            CHAD E. NYDEGGER

15                                      Attorneys for Defendant

16

J:\168901\009 Stipulation and Order to Extend Time to Reply to Opposition.doc
17

18

19

20

21

22

23

24

25

26

27

28

**STIPULATION AND [PROPOSED] ORDER EXTENDING THE
TIME FOR DEFENDANT TO REPLY TO PLAINTIFF'S MEMO IN
OPPOSITION TO MOTION TO DISMISS**
Case No. C07-2687 SBA