1  **SIDLEY AUSTIN LLP**
   **JEFFREY M. OLSON (SBN 104074)**
2  *jolson@sidley.com*
   **PAUL H. MEIER (SBN 115999)**
3  *pmeier@sidley.com*
   **SAMUEL TIU (SBN 216291)**
4  *stiu@sidley.com*
   555 W. Fifth Street, Suite 4000
5  Los Angeles, California 90013
   (213) 896-6000  phone
6  (213) 896-6600  fax

7  **Attorneys for Plaintiff**
   **CARDICA, INC.**
8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                   OAKLAND DIVISION

12 | CARDICA, INC., a Delaware corporation,   ) Case No. 07-CV-02687 (SBA)
13 |                                          )
   |              Plaintiff,                  ) Assigned to: Hon. Saundra Brown Armstrong
14 |                                          )
   |     vs.                                  ) **PROOF OF SERVICE**
15 |                                          )
   | INTEGRATED VASCULAR                      )
16 | INTERVENTIONAL TECHNOLOGIES, L.C., )
   | a Utah limited liability company,        )
17 |                                          )
   |              Defendant,                  )
18 |                                          )
19 |_____)

---

**PROOF OF SERVICE**
**CASE NO. 07-CV-02687 (SBA)**

## CERTIFICATE OF SERVICE

I hereby certify that on December 31, 2007, I caused true and correct copies of the foregoing (1) PLAINTIFF CARDICA, INC.'S OPPOSITION TO DEFENDANT IVIT'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION (UNREDACTED); (2) PLAINTIFF CARDICA, INC.'S OPPOSITION TO DEFENDANT IVIT'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION (REDACTED); (3) DECLARATION OF SAMUEL TIU IN SUPPORT OF OPPOSITION (UNREDACTED); AND (4) DECLARATION OF SAMUEL TIU IN SUPPORT OF OPPOSITION (REDACTED); (5) PROPOSED ORDER and (6) PROOF OF SERVICE to be served by e-mail (in Adobe PDF format) and first class mail delivery to:

Brent P. Lorimer
*blorimer@wnlaw.com*
Thomas R. Vuksinick
*tvuksinick@wnlaw.com*
**WORKMAN NYDEGGER**
1000 Eagle Gate Tower
60 East South Temple
Salt Lake City, UT 84111
Telephone: (801) 533-9800
Facsimile: (801) 328-1707

Robert H. Sloss
rsloss@fbm.com
**FARELLA BRAUN & MARTEL LLP**
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Executed on December 31, 2007, in Los Angeles, California 90013. I declare under penalty of perjury that the foregoing is true and correct.

*/s/ Elizabeth Hernandez*
Elizabeth Hernandez