1  BRENT P. LORIMER (USB No. A3731) (admitted pro hac vice)
   blorimer@wnlaw.com
2  THOMAS R. VUKSINICK (USB No. A3341) (admitted pro hac vice)
   tvuksinick@wnlaw.com
3  CHAD E. NYDEGGER (USB No. 9664) (to be admitted pro hac vice)
   cnydegger@wnlaw.com
4  WORKMAN NYDEGGER
   1000 Eagle Gate Tower
5  60 East South Temple
   Salt Lake City, UT  84111
6  Telephone:  (801) 533-9800
   Facsimile:  (801) 328-1707
7
   ROBERT H. SLOSS
8  FARELLA BRAUN & MARTEL LLP
   235 Montgomery Street
9  San Francisco, CA  94101
   Telephone:  (415) 954-4400
10 Facsimile:  (415) 954-4480 (fax)
   RSloss@fbm.com
11
   Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARDICA, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>INTEGRATED VASCULAR INTERVENTIONAL TECHNOLOGIES, L.C., a Utah limited liability company,<br><br>Defendant. | Case No. C07-2687 SBA<br><br>Honorable Saundra Brown Armstrong<br><br>**ADMINISTRATIVE MOTION TO REMOVE INCORRECTLY FILED DECLARATION OF THOMAS R. VUKSINICK PURSUANT TO N.D.CAL. L.R. 79-5(d) SUPPORTING THE CONFIDENTIALITY OF DEFENDANT'S DOCUMENTS WITHIN CARDICA, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>Judge: Honorable Saundra Brown Armstrong<br>Dept.: Courtroom 3, 3rd Floor<br><br>Complaint filed:   May 22, 2007 |

1      INTEGRATED VASCULAR INTERVENTIONAL TECHNOLOGIES, L.C. (IVIT) respectfully requests that the Declaration of Thomas R. Vuksinick Pursuant to N.D. Cal. L.R. 79-5(d) Supporting the Confidentiality of Defendant's Documents Within Cardica, Inc.'s Administrative Motion to File Under Seal ("Vuksinick Declaration") [Dkt. No. 31], electronically filed with the Court on January 8, 2008, be removed from the public record.

     On December 31, 2007, Plaintiff Cardica, Inc. ("Cardica") submitted its Opposition to Defendant IVIT's Motion to Dismiss for Lack of Personal Jurisdiction. Because that opposition and the Declaration of Samuel N. Tiu in Support of Plaintiff Cardica, Inc.'s Opposition to Defendant IVIT's Motion to Dismiss for Lack of Personal Jurisdiction contained certain confidential and proprietary information, Cardica filed an Administrative Motion to File Documents Under Seal with a supporting Declaration of Samuel N. Tiu. Pursuant to Local Rule 79-5(d) defendant filed the Vuksinick Declaration to establish the confidentiality of defendant's confidential documents subject to Cardica's Administrative Motion to File Under Seal.

     IVIT attached as an exhibit to the Vuksinick Declaration, a redacted version of Exhibit C to the Declaration of Samuel N. Tiu, now Exhibit 1 to the Vuksinick Declaration, containing non-confidential deposition testimony. IVIT discovered an error with the electronic redactions made to Exhibit 1, making the confidential portions visible to those that download the document from the Court's docket.

     The docket clerk, Jesse Mosley has already been contacted and has promptly locked the document in question and is awaiting the Court's order to remove it from the record.

     IVIT plans to re-submit these documents today and lodge copies with the clerk's office.

     In light of the foregoing, IVIT respectfully requests that the Court order that Docket No. 31 be removed from the public record.

/ / /
/ / /
/ / /
/ / /
/ / /

**ADMINISTRATIVE MOTION TO REMOVE INCORRECTLY FILED DECLARATION**
Case No. C07-2687 SBA      2

DATED: January 9, 2008.

By   /s/ Thomas R. Vuksinick
BRENT P. LORIMER
THOMAS R. VUKSINICK
CHAD E. NYDEGGER

Attorneys for Defendant

**ADMINISTRATIVE MOTION TO REMOVE
INCORRECTLY FILED DECLARATION**
Case No. C07-2687 SBA          3

CERTIFICATE OF SERVICE

I hereby certify that on January 9, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following: *jolson@sidley.com* and *stiu@sidley.com*; and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participant:

Paul Howard Meier
Sidley Austin LLP
555 West Fifth Street, Suite 4000
Los Angeles, CA  90013

Executed on January 9, 2008, at Salt Lake City, Utah.

WORKMAN NYDEGGER


By    /s/ Thomas R. Vuksinick
       BRENT P. LORIMER
       THOMAS R. VUKSINICK
       CHAD E. NYDEGGER

Attorneys for Defendant Integrated Vascular Interventional Technologies, L.C.

---

**ADMINISTRATIVE MOTION TO REMOVE INCORRECTLY FILED DECLARATION**
Case No. C07-2687 SBA                                4