1  BRENT P. LORIMER (USB No. A3731) (admitted pro hac vice)
   blorimer@wnlaw.com
2  THOMAS R. VUKSINICK (USB No. A3341) (admitted pro hac vice)
   tvuksinick@wnlaw.com
3  CHAD E. NYDEGGER (USB No. 9664) (to be admitted pro hac vice)
   cnydegger@wnlaw.com
4  WORKMAN NYDEGGER
   1000 Eagle Gate Tower
5  60 East South Temple
   Salt Lake City, UT  84111
6  Telephone:  (801) 533-9800
   Facsimile:  (801) 328-1707
7
   ROBERT H. SLOSS
8  FARELLA BRAUN & MARTEL LLP
   235 Montgomery Street
9  San Francisco, CA  94101
   Telephone:  (415) 954-4400
10 Facsimile:  (415) 954-4480 (fax)
   RSloss@fbm.com
11
   Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARDICA, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>INTEGRATED VASCULAR INTERVENTIONAL TECHNOLOGIES, L.C., a Utah limited liability company,<br><br>Defendant. | Case No. C07-2687 SBA<br><br>Honorable Saundra Brown Armstrong<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO REMOVE INCORRECTLY FILED DECLARATION OF THOMAS R. VUKSINICK PURSUANT TO N.D.CAL. L.R. 79-5(d) SUPPORTING THE CONFIDENTIALITY OF DEFENDANT'S DOCUMENTS WITHIN CARDICA, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>Judge: Honorable Saundra Brown Armstrong<br>Dept.: Courtroom 3, 3rd Floor<br><br>Complaint filed:  May 22, 2007 |

**[PROPOSED] ORDER GRANTING ADMINISTRATIVE
MOTION TO REMOVE INCORRECTLY FILED DECLARATION**
Case No. C07-2687 SBA

1   Having considered IVIT's Administrative Motion to Remove Incorrectly Filed Declaration of
2   Thomas R. Vuksinick Pursuant to N.D.Cal. L.R. 79-5(D) Supporting the Confidentiality of
3   Defendant's Documents Within Cardica, Inc.'s Administrative Motion to File Under Seal, and for
4   good cause appearing therefore,

5   IT IS HEREBY ORDERED that the entry for Docket No. 31 is to be removed from the
6   record.

7   Dated: _____
8

9   _____
    Honorable Saundra Brown Armstrong
10  United States District Court Judge

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**[PROPOSED] ORDER GRANTING ADMINISTRATIVE**
**MOTION TO REMOVE INCORRECTLY FILED DECLARATION**
Case No. C07-2687 SBA          2

# CERTIFICATE OF SERVICE

I hereby certify that on January 9, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following: *jolson@sidley.com* and *stiu@sidley.com*; and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participant:

Paul Howard Meier
Sidley Austin LLP
555 West Fifth Street, Suite 4000
Los Angeles, CA  90013

Executed on January 9, 2008, at Salt Lake City, Utah.

WORKMAN NYDEGGER


By   /s/ Thomas R. Vuksinick
    BRENT P. LORIMER
    THOMAS R. VUKSINICK
    CHAD E. NYDEGGER

Attorneys for Defendant Integrated

**[PROPOSED] ORDER GRANTING ADMINISTRATIVE**
**MOTION TO REMOVE INCORRECTLY FILED DECLARATION**
Case No. C07-2687 SBA                          3