1   BRENT P. LORIMER (USB No. A3731) (admitted pro hac vice)
    *blorimer@wnlaw.com*
2   THOMAS R. VUKSINICK (USB No. A3341) (admitted pro hac vice)
    *tvuksinick@wnlaw.com*
3   CHAD E. NYDEGGER (USB No. 9664) (to be admitted pro hac vice)
    *cnydegger@wnlaw.com*
4   WORKMAN NYDEGGER
    1000 Eagle Gate Tower
5   60 East South Temple
    Salt Lake City, UT  84111
6   Telephone:  (801) 533-9800
    Facsimile:  (801) 328-1707
7
8   ROBERT H. SLOSS
    FARELLA BRAUN & MARTEL LLP
9   235 Montgomery Street
    San Francisco, CA  94101
10  Telephone:  (415) 954-4400
    Facsimile:  (415) 954-4480 (fax)
11  *RSloss@fbm.com*

12  Attorneys for Defendant
    INTEGRATED VASCULAR
13  INTERVENTIONAL TECHNOLOGIES, L.C.

14              IN THE UNITED STATES DISTRICT COURT

15              NORTHERN DISTRICT OF CALIFORNIA

16  CARDICA, INC., a Delaware corporation,     | Case No. C07-2687 SBA

17                    Plaintiff,               | Honorable Saundra Brown Armstrong
                                               | Dept.:  Courtroom 3, 3rd Floor
18           v.
                                               | **[PROPOSED] ORDER PURSUANT TO
19  INTEGRATED VASCULAR                        | L.R. 79-5(d) GRANTING CARDICA
    INTERVENTIONAL TECHNOLOGIES,               | INC.'S ADMINISTRATIVE REQUEST
20  L.C., a Utah limited liability company,    | TO FILE UNDER SEAL WITH
                                               | RESPECT TO DOCUMENTS AND
21                    Defendant.               | DEPOSITION TESTIMONY
                                               | DESIGNATED AS CONFIDENTIAL
22                                             | BY DEFENDANT**

23                                             | Complaint filed:  May 22, 2007

24

25

26          This matter comes before the Court on Cardica Inc.'s Administrative Request to File Under

27  Seal Portions of (1) Cardica Inc.'s Opposition to Defendant IVIT's Motion to Dismiss for Lack of

28  Personal Jurisdiction; and (2) Declaration of Samuel N. Tiu in Support of Opposition and the

1    Declaration of Thomas R. Vuksinick Pursuant to Rule 79-5(d) Supporting the Confidentiality of

2    Defendant's Documents Within Cardica Inc.'s Administration Motion to File Under Seal. Cardica's

3    Administrative Motion to Seal was made with respect to deposition testimony in Exhibit C and the

4    documents in Exhibits D-N and P to the Declaration of Samuel N. Tiu in Support of Plaintiff

5    Cardica's Opposition to Defendant's Motion to Dismiss for Lack of Personal Jurisdiction and

6    reference to that deposition testimony and those exhibits in plaintiff Cardica Inc.'s Opposition to

7    Defendant IVIT's Motion to Dismiss for Lack of Personal Jurisdiction. Having considered

8    Cardica's Administrative Motion to Seal and the Declaration of Thomas R. Vuksinick pursuant to

9    Local Rule 79-5(d) in support of defendant's confidentiality designations, as well as the pleadings

10   and materials lodged in this matter, the Court finds that good cause exists for an order sealing

11   documents as follows:

12        **IT IS HEREBY ORDERED THAT** pages 13-17; 20-22; 24; 31; 33; 42; 43 lines 1-9 and

13   18-25; 44 lines 21-25; 49 lines 1-7; 54 lines 22-25 of Exhibit C and Exhibits D-N and P to the

14   Declaration of Samuel N. Tiu In Support of Plaintiff Cardica, Inc.'s Opposition to Defendant IVIT's

15   Motion to Dismiss for Lack of Personal Jurisdiction and references to the foregoing in Plaintiff

16   Cardica, Inc.'s Opposition to Defendant IVIT's Motion to Dismiss for Lack of Personal Jurisdiction,

17   be filed under seal.

18        **IT IS SO ORDERED.**

19

20   Dated: _____

21                                         _____
22                                         Honorable Saundra Brown Armstrong
                                           United States District Court Judge
23

24

25

26

27

28

CERTIFICATE OF SERVICE

I hereby certify that on January 9, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following: *jolson@sidley.com* and *stiu@sidley.com*; and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participant:

Paul Howard Meier
Sidley Austin LLP
555 West Fifth Street, Suite 4000
Los Angeles, CA  90013

Executed on January 9, 2008, at Salt Lake City, Utah.

WORKMAN NYDEGGER

By    /s/  Thomas R. Vuksinick
        BRENT P. LORIMER
        THOMAS R. VUKSINICK
        CHAD E. NYDEGGER

Attorneys for Defendant Integrated Vascular
Interventional Technologies, L.C.

J:\168901\010 Proposed Order.doc