**SIDLEY AUSTIN LLP**
**JEFFREY M. OLSON (SBN 104074)**
*jolson@sidley.com*
**PAUL H. MEIER (SBN 115999)**
*pmeier@sidley.com*
**SAMUEL TIU (SBN 216291)**
*stiu@sidley.com*
**555 W. Fifth Street, Suite 4000**
**Los Angeles, California  90013**
**(213) 896-6000  phone**
**(213) 896-6600  fax**

**Attorneys for Plaintiff**
**CARDICA, INC.**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CARDICA, INC., a Delaware corporation, ) | Case No. 07-CV-02687 (SBA) |
| ) | |
| Plaintiff, ) | Assigned to: Hon. Saundra Brown Armstrong |
| ) | |
| vs. ) | **ORDER RE CARDICA INC.'S ADMINISTRATIVE REQUEST TO FILE UNDER SEAL PORTIONS OF (1) CARDICA INC.'S OPPOSITION TO DEFENDANT IVIT'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION; AND (2) DECLARATION OF SAMUEL TIU IN SUPPORT OF OPPOSITION** |
| INTEGRATED VASCULAR ) | |
| INTERVENTIONAL TECHNOLOGIES, L.C., ) | |
| a Utah limited liability company, ) | |
| ) | |
| Defendant, ) | |
| ) | |

1  Pursuant to Civil Local Rule 79-5(d), the materials lodged by Plaintiff Cardica, Inc.
2  ("Cardica") on December 31, 2007 under seal shall remain under seal until January 8, 2008. If
3  defendant does not provide a basis for keeping those materials under seal by January 8, 2008, then
4  the Clerk shall file the materials lodged by Cardica in the public record. If defendant offers support
5  for keeping those materials under seal by January 8, 2008, then the clerk shall keep the materials
6  under seal until such time as the Court issues an order to the contrary.

7

8  **IT IS SO ORDERED.**

9
   Dated: 1/10/08                           *Saundra B. Armstrong*
10                                          Hon. Saundra Brown Armstrong
                                            United States District Court
11                                          for the Northern District of California

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**CERTIFICATE OF SERVICE**

I hereby certify that on December 28, 2007, I caused true and correct copies of the foregoing **[PROPOSED] ORDER RE CARDICA, INC.'S ADMINISTRATIVE REQUEST TO FILE UNDER SEAL PORTIONS OF CARDICA INC.'S OPPOSITION TO DEFENDANT IVIT'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION; AND DECLARATION OF SAMUEL TIU IN SUPPORT OF OPPOSITION** to be served by e-mail (in Adobe PDF format) and first class mail delivery to:

| | |
|---|---|
| Brent P. Lorimer<br>*blorimer@wnlaw.com*<br>Thomas R. Vuksinick<br>*tvuksinick@wnlaw.com*<br>**WORKMAN NYDEGGER**<br>1000 Eagle Gate Tower<br>60 East South Temple<br>Salt Lake City, UT 84111<br>Telephone: (801) 533-9800<br>Facsimile: (801) 328-1707 | Robert H. Sloss<br>rsloss@fbm.com<br>**FARELLA BRAUN & MARTEL LLP**<br>235 Montgomery Street, 17th Floor<br>San Francisco, CA 94104<br>Telephone: (415) 954-4400<br>Facsimile: (415) 954-4480 |

Executed on December 28, 2007, in Los Angeles, California 90013. I declare under penalty of perjury that the foregoing is true and correct.

_____
Alexandra Prado