BRENT P. LORIMER (USB No. A3731) (admitted pro hac vice)
*blorimer@wnlaw.com*
THOMAS R. VUKSINICK (USB No. A3341) (admitted pro hac vice)
*tvuksinick@wnlaw.com*
CHAD E. NYDEGGER (USB No. 9664) (to be admitted pro hac vice)
*cnydegger@wnlaw.com*
WORKMAN NYDEGGER
1000 Eagle Gate Tower
60 East South Temple
Salt Lake City, UT  84111
Telephone:  (801) 533-9800
Facsimile:  (801) 328-1707

ROBERT H. SLOSS
FARELLA BRAUN & MARTEL LLP
235 Montgomery Street
San Francisco, CA  94101
Telephone:  (415) 954-4400
Facsimile:  (415) 954-4480 (fax)
*RSloss@fbm.com*

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARDICA, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>INTEGRATED VASCULAR INTERVENTIONAL TECHNOLOGIES, L.C., a Utah limited liability company,<br><br>Defendant. | Case No. C07-2687 SBA<br><br>Honorable Saundra Brown Armstrong<br><br>STIPULATION AND ORDER EXTENDING THE TIME FOR DEFENDANT TO REPLY TO PLAINTIFF'S MEMORANDUM IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION |

The parties hereby stipulate, subject to Court approval, that the time for defendant to serve and file its reply to plaintiff's memorandum in opposition to Defendant's Motion to Dismiss for Lack of Personal Jurisdiction be extended from January 8, 2008 to January 22, 2008.  Defendant's Motion to Dismiss for Lack of Personal Jurisdiction is scheduled for hearing on February 12, 2008,

more than 14 days after the proposed extension for filing defendant's reply. Accordingly, the extension will not affect the hearing date and will comply with Local Rule 7-3(c) which provides that any reply to an opposition memorandum be served and filed not less than 14 days before the hearing date.

Respectfully Submitted,

SIDLEY AUSTIN LLP

Dated: January 7, 2008        By    /s/ Jeffrey M. Olson
                                    Jeffrey M. Olson
                                    Attorneys for Plaintiff
                                    CARDICA, INC.

WORKMAN NYDEGGER

Dated: January 7, 2008        By:   /s/ Thomas R. Vuksinick
                                    Brent P. Lorimer
                                    Thomas R. Vuksinick
                                    Attorneys for Defendant

**PURSUANT TO STIPULATION, IS SO ORDERED**:

Dated: January 10, 2008            _Saundra B. Armstrong_
                                   Saundra B. Armstrong
                                   United States District Judge

**STIPULATION AND [PROPOSED] ORDER EXTENDING THE
TIME FOR DEFENDANT TO REPLY TO PLAINTIFF'S MEMO IN
OPPOSITION TO MOTION TO DISMISS**
Case No. C07-2687 SBA             2

CERTIFICATE OF SERVICE

I hereby certify that on January 10, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following: *jolson@sidley.com* and *stiu@sidley.com*; and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participant:

Paul Howard Meier
Sidley Austin LLP
555 West Fifth Street, Suite 4000
Los Angeles, CA 90013

Executed on January 10, 2008, at Salt Lake City, Utah.

WORKMAN NYDEGGER

By  /s/  Thomas R. Vuksinick
BRENT P. LORIMER
THOMAS R. VUKSINICK
CHAD E. NYDEGGER

Attorneys for Defendant

C:\DOCUME~1\jhutchis\LOCALS~1\Temp\MetaSave\009 Stipulation and Order to Extend Time to Reply to Opposition.doc

**STIPULATION AND [PROPOSED] ORDER EXTENDING THE TIME FOR DEFENDANT TO REPLY TO PLAINTIFF'S MEMO IN OPPOSITION TO MOTION TO DISMISS**
Case No. C07-2687 SBA