# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Cardica, Inc., | 07-02687 SBA |
| Plaintiff(s), | **NOTICE RE: NONCOMPLIANCE WITH COURT ORDER** |
| v. | |
| Integrated Vascular Interventional Technologies, L, | |
| Defendant(s). | |

The parties have failed to file an ADR Certification and either a Stipulation and [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone Conference as required by the Initial Case Management Scheduling Order. Counsel shall Meet and Confer forthwith in an attempt to agree on an ADR process for this matter. Thereafter, counsel, on behalf of themselves and each party, promptly shall file an **ADR Certification** and either 1) a **Stipulation and [Proposed] Order Selecting ADR Process**, or 2) a **Notice of Need for ADR Phone Conference** (Civil L.R. 16-8(b), ADR L. R. 3-5(b) Civil L.R. 16-8(c), ADR L. R. 3-5(c), (d)).  (These forms are available at www.adr.cand.uscourts.gov.)

Further, in accordance with ADR L.R. 3-5(e) counsel shall concurrently provide a copy of all documents filed pursuant to this notice directly to the ADR Unit either by fax

1  (415-522-4112), hand delivery (ADR Program, USDC, Northern District of California,
2  450 Golden Gate Avenue, 16th Floor, San Francisco, California), or by PDF attachment
3  to an e-mail directed to adr@cand.uscourts.gov.

5      It is the responsibility of counsel to schedule an ADR Phone Conference, if
6  required, to occur <u>before</u> the Case Management Conference.

9  Dated: January 31, 2008

RICHARD W. WIEKING
Clerk
by:     Timothy J. Smagacz

*Timothy Smagacz*

———————————————
ADR Administrative Assistant
415-522-4205
Tim_Smagacz@cand.uscourts.gov

**United States District Court**
**Northern District of California**

**Notice Re: Noncompliance With Court Order**
07-02687 SBA                              -2-

**PROOF OF SERVICE**

Case Name:      Cardica, Inc. v. Integrated Vascular Interventional Technologies, L

Case Number:    07-02687 SBA

I declare that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California. I am over the age of eighteen (18) years and not a party to the action. My business address is:

> ADR Program
> United States District Court
> Norther District of California
> 450 Golden Gate Avenue Floor 16
> San Francisco, CA 94102

On January 31, 2008, I served a true and correct copy of:

**Notice Re: Noncompliance With Court Order**

[X] electronically, I caused said documents to be transmitted using ECF as specified by General Order No. 45 to the following parties:

> Samuel N. Tiu
> Sidley Austin LLP
> 555 West Fifth Street, Suite 4000
> Los Angeles, CA 90013
> stiu@sidley.com
>
> Paul Howard Meier
> Sidley Austin LLP
> 555 West Fifth Street, Suite 4000
> Los Angeles, CA 90013
>
> Jeffrey Martin Olson
> Sidley Austin LLP
> 555 West Fifth St.
> Suite 4000
> Los Angeles, CA 90013
> jolson@sidley.com
>
> Thomas R. Vuksinick
> Workman Nydegger

60 East South Temple
1000 Eagle Gate Tower
Salt Lake City, UT 84111
tvuksinick@wnlaw.com

Robert H. Sloss
Farella Braun + Martel LLP
Russ Building, 30th Floor
235 Montgomery Street
San Francisco, CA 94104
rsloss@fbm.com

Brent P. Lorimer
Workman Nydegger
60 East South Temple
1000 Eagle Gate Tower
Salt Lake City, UT 84111
blorimer@wnlaw.com

[ ] by Facsimile, I caused said documents to be transmitted to the following parties by fax machine:
[ ] by U. S. Mail, I placed a true copy in a sealed envelope with postage fully prepaid in the United States Post Office Mail Box in San Francisco, California, addressed as follows:

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on January 31, 2008 in San Francisco, California.

RICHARD W. WIEKING
Clerk
by:    Timothy J. Smagacz

_____
ADR Administrative Assistant
415-522-4205
Tim_Smagacz@cand.uscourts.gov