UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Cardica, Inc.,

              Plaintiff(s),

    v.

Integrated Vascular Interventional
Technologies, L.C.,
              Defendant(s).

Case No. 07-2687 SBA

ADR CERTIFICATION BY PARTIES
AND COUNSEL

      Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

      (1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

      (2) Discussed the available dispute resolution options provided by the Court and private entities; and

      (3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: Feb 4, 2008

                                                [Party] FOR DEFENDANT

Dated: 2/4/08

                                                [Counsel] Thomas R. Vuksinick
                                                WORKMAN NYDEGGER
                                                Attorneys for Defendant