| | |
|---|---|
| 1 | BRENT P. LORIMER (USB No. A3731) (admitted pro hac vice) |
| | blorimer@wnlaw.com |
| 2 | THOMAS R. VUKSINICK (USB No. A3341) (admitted pro hac vice) |
| | tvuksinick@wnlaw.com |
| 3 | CHAD E. NYDEGGER (USB No. 9664) (to be admitted pro hac vice) |
| | cnydegger@wnlaw.com |
| 4 | WORKMAN NYDEGGER |
| | 1000 Eagle Gate Tower |
| 5 | 60 East South Temple |
| | Salt Lake City, UT  84111 |
| 6 | Telephone:  (801) 533-9800 |
| | Facsimile:  (801) 328-1707 |
| 7 | |
| | ROBERT H. SLOSS |
| 8 | FARELLA BRAUN & MARTEL LLP |
| | 235 Montgomery Street |
| 9 | San Francisco, CA  94101 |
| | Telephone:  (415) 954-4400 |
| 10 | Facsimile:  (415) 954-4480 (fax) |
| | RSloss@fbm.com |
| 11 | |
| 12 | Attorneys for Defendant |

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARDICA, INC., a Delaware corporation, | Case No. 07-2687 SBA |
| Plaintiff, | Honorable Saundra Brown Armstrong |
| v. | **PROOF OF SERVICE** |
| INTEGRATED VASCULAR INTERVENTIONAL TECHNOLOGIES, L.C., a Utah limited liability company, | |
| Defendant. | |

I hereby certify that on February 5, 2008, I electronically filed the ADR Certification by Parties and Counsel with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following: jolson@sidley.com and stiu@sidley.com; and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participant:

PROOF OF SERVICE
Case No. 07-2687 SBA

```
 1   Paul Howard Meier
     Sidley Austin LLP
 2   555 West Fifth Street, Suite 4000
     Los Angeles, CA  90013
 3
     DATED this 5th day of February, 2008.
 4
                              WORKMAN NYDEGGER
 5

 6
                              By   /s/   Thomas R. Vuksinick
 7                                 BRENT P. LORIMER(blorimer@wnlaw.com)
                                   THOMAS R. VUKSINICK (tvuksinick@wnlaw.com)
 8                                 CHAD E. NYDEGGER (cnydegger@wnlaw.com)
                                   1000 Eagle Gate Tower
 9                                 60 East South Temple
                                   Salt Lake City, UT  84111
10
                                   FARELLA BRAUN & MARTEL LLP
11                                 Robert H. Sloss
                                   235 Montgomery Street
12                                 San Francisco, CA  94101

13                            Attorneys for Defendant

14
     J:\168901\014 ADR Proof of Service.doc
15

16

17

18

19

20

21

22

23

24

25

26

27

28
```