UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Cardica, Inc.

CASE NO. 07-cv-02687 SBA

Plaintiff(s),

v.

NOTICE OF NEED FOR ADR PHONE CONFERENCE

Integrated Vascular Interventional
Technologies, L.C.

Defendant(s).
_____/

Counsel report that they have met and conferred regarding ADR and that they:

✓ have not yet reached an agreement to an ADR process
  request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference February 12, 2008

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| Jeffrey M. Olson | Cardica, Inc. | (213) 896-6000 | jolson@sidley.com |
| Brent Lorimer | Integrated Vascular Interventional Technologies, L.C. | (801) 533-9800 | blorimer@wnlaw.com |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: 2/6/08

/s/ Samuel N. Tiu
Attorney for Plaintiff *

Dated: 2/6/08

/s/ Brent Lorimer
Attorney for Defendant

Rev 12.05   *Pursuant to General Order 45X, I hereby certify that concurrence in the efiling of this document was obtained from Brent Lorimer.