BRENT P. LORIMER (USB No. A3731) (admitted pro hac vice)
*blorimer@wnlaw.com*
THOMAS R. VUKSINICK (USB No. A3341) (admitted pro hac vice)
*tvuksinick@wnlaw.com*
CHAD E. NYDEGGER (USB No. 9664) (to be admitted pro hac vice)
*cnydegger@wnlaw.com*
WORKMAN NYDEGGER
1000 Eagle Gate Tower
60 East South Temple
Salt Lake City, UT  84111
Telephone:  (801) 533-9800
Facsimile:  (801) 328-1707

ROBERT H. SLOSS
FARELLA BRAUN & MARTEL LLP
235 Montgomery Street
San Francisco, CA  94101
Telephone:  (415) 954-4400
Facsimile:  (415) 954-4480 (fax)
*RSloss@fbm.com*

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARDICA, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>INTEGRATED VASCULAR INTERVENTIONAL TECHNOLOGIES, L.C., a Utah limited liability company,<br><br>Defendant. | Case No. 07-2687 SBA<br><br>Honorable Saundra Brown Armstrong<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT** |

STIPULATION AND [PROPOSED] ORDER
EXTENDING TIME TO RESPOND TO COMPLAINT
Case No. 07-2687 SBA

| | |
|---|---|
| 1 | The parties having met and conferred, through their counsel, stipulate to extend Defendant Integrated Vascular Interventional Technologies, L.C.'s time to respond to the complaint from April 2, 2008 to April 16, 2008.  This is the first extension requested by Defendant to respond to the complaint.  This extension will not unduly delay the progress of this action.  Defendant's response to the Complaint will be due one week before the case management conference currently scheduled by the Court.   Therefore, good cause exists for granting the stipulated extension. |

Respectfully Submitted,

SIDLEY AUSTIN LLP

Dated:  March 28, 2008                    By____/s/ Jeffrey M. Olson_____
                                           Jeffrey M. Olson
                                           Attorneys for Plaintiff
                                           CARDICA, INC.

WORKMAN NYDEGGER

Dated:  March 28, 2008                    By:____/s/ Thomas R. Vuksinick_____
                                           Brent P. Lorimer
                                           Thomas R. Vuksinick
                                           Attorneys for Defendant

### [PROPOSED] ORDER

IT IS SO ORDERED:

Dated:  _____, 2008              _____
                                           Saundra B. Armstrong
                                           United States District Judge

STIPULATION AND [PROPOSED] ORDER
EXTENDING TIME TO RESPOND TO COMPLAINT
Case No. 07-2687 SBA                    2

CERTIFICATE OF SERVICE

I hereby certify that on March 28, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following: *jolson@sidley.com* and *stiu@sidley.com*; and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participant:

Paul Howard Meier
Sidley Austin LLP
555 West Fifth Street, Suite 4000
Los Angeles, CA  90013

Executed on March 28, 2008, at Salt Lake City, Utah.

WORKMAN NYDEGGER


By   /s/   Thomas R. Vuksinick
     BRENT P. LORIMER
     THOMAS R. VUKSINICK
     CHAD E. NYDEGGER

Attorneys for Defendant

J:\168901\016 Cardica - revised draft stipulated extension.DOC