1   BRENT P. LORIMER (USB No. A3731) (admitted pro hac vice)
    *blorimer@wnlaw.com*
2   THOMAS R. VUKSINICK (USB No. A3341) (admitted pro hac vice)
    *tvuksinick@wnlaw.com*
3   CHAD E. NYDEGGER (USB No. 9664) (to be admitted pro hac vice)
    *cnydegger@wnlaw.com*
4   WORKMAN NYDEGGER
    1000 Eagle Gate Tower
5   60 East South Temple
    Salt Lake City, UT  84111
6   Telephone:  (801) 533-9800
    Facsimile:  (801) 328-1707
7
    ROBERT H. SLOSS
8   FARELLA BRAUN & MARTEL LLP
    235 Montgomery Street
9   San Francisco, CA  94101
    Telephone:  (415) 954-4400
10  Facsimile:  (415) 954-4480 (fax)
    *RSloss@fbm.com*
11
    Attorneys for Defendant
12
13              IN THE UNITED STATES DISTRICT COURT

14              NORTHERN DISTRICT OF CALIFORNIA

15  CARDICA, INC., a Delaware corporation,      Case No. 07-2687 SBA

16              Plaintiff,                       Honorable Saundra Brown Armstrong

17      v.

18  INTEGRATED VASCULAR                          **STIPULATION AND [PROPOSED]**
    INTERVENTIONAL TECHNOLOGIES,                 **ORDER EXTENDING TIME TO**
                                                 **RESPOND TO COMPLAINT AND**
19  L.C., a Utah limited liability company,      **CONTINUING CASE MANAGEMENT**
                                                 **CONFERENCE**
20              Defendant.

21

22

23

24

25

26

27

28  **STIPULATION AND [PROPOSED] ORDER**
    **EXTENDING TIME TO RESPOND TO**
    **COMPLAINT AND CONTINUING CASE**
    **MANAGEMENT CONFERENCE**
    Case No. 07-2687 SBA

1   The parties are in settlement negotiations.  The defendant's response to the Complaint is

2   presently due on April 16, 2008, and a case management conference is presently scheduled for

3   April 23, 2008.  Because settlement negotiations are progressing well, to conserve judicial resources

4   and avoid incurring unnecessary litigation expenses, the parties have agreed, subject to Court

5   approval, to continue the case management conference for about two weeks to either May 7 or 8,

6   2008 (whichever is most convenient for the Court), and to extend the time for defendant to respond

7   to the Complaint to seven days before the hearing is scheduled.  Therefore, good cause exists for

8   granting the stipulated continuance and extension.

9

10                          Respectfully Submitted,

11                          SIDLEY AUSTIN LLP

12

13   Dated:  April 11, 2008          By_____/s/ Jeffrey M. Olson_____
                                        Jeffrey M. Olson
14                                      Attorneys for Plaintiff
                                        CARDICA, INC.
15

16                          WORKMAN NYDEGGER

17   Dated:  April 11, 2008          By:____/s/ Thomas R. Vuksinick_____
                                        Brent P. Lorimer
18                                      Thomas R. Vuksinick
                                        Attorneys for Defendant
19

                            **[PROPOSED] ORDER**
20
        IT IS SO ORDERED:
21

22      Dated: _____, 2008          _____
                                                Saundra B. Armstrong
23                                              United States District Judge

24

25

26

27

28

CERTIFICATE OF SERVICE

1

2        I hereby certify that on April 11, 2008, I electronically filed the foregoing with the Clerk of

3    the Court using the CM/ECF system which sent notification of such filing to the following:

4    *jolson@sidley.com* and *stiu@sidley.com*; and I hereby certify that I have mailed by United States

5    Postal Service the document to the following non-CM/ECF participant:

6        Paul Howard Meier
         Sidley Austin LLP
7        555 West Fifth Street, Suite 4000
         Los Angeles, CA  90013
8

9        Executed on April 11, 2008, at Salt Lake City, Utah.

10                                        WORKMAN NYDEGGER

11

12                                        By    /s/   Thomas R. Vuksinick
                                              BRENT P. LORIMER
13                                            THOMAS R. VUKSINICK
                                              CHAD E. NYDEGGER
14
                                          Attorneys for Defendant
15

16   J:\168901\019 stipulation and prop ord ext time sc 041108.doc

17

18

19

20

21

22

23

24

25

26

27

28

**STIPULATION AND [PROPOSED] ORDER
EXTENDING TIME TO RESPOND TO
COMPLAINT AND CONTINUING CASE
MANAGEMENT CONFERENCE**
Case No. 07-2687 SBA                    3