1  BRENT P. LORIMER (USB No. A3731) (admitted pro hac vice)
   *blorimer@wnlaw.com*
2  THOMAS R. VUKSINICK (USB No. A3341) (admitted pro hac vice)
   *tvuksinick@wnlaw.com*
3  CHAD E. NYDEGGER (USB No. 9664) (to be admitted pro hac vice)
   *cnydegger@wnlaw.com*
4  WORKMAN NYDEGGER
   1000 Eagle Gate Tower
5  60 East South Temple
   Salt Lake City, UT  84111
6  Telephone:  (801) 533-9800
   Facsimile:  (801) 328-1707
7
   ROBERT H. SLOSS
8  FARELLA BRAUN & MARTEL LLP
   235 Montgomery Street
9  San Francisco, CA  94101
   Telephone:  (415) 954-4400
10 Facsimile:  (415) 954-4480 (fax)
   *RSloss@fbm.com*
11
   Attorneys for Defendant
12

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARDICA, INC., a Delaware corporation, | Case No. 07-2687 SBA |
| Plaintiff, | Honorable Saundra Brown Armstrong |
| v. | **STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO COMPLAINT AND CONTINUING CASE MANAGEMENT CONFERENCE** |
| INTEGRATED VASCULAR INTERVENTIONAL TECHNOLOGIES, L.C., a Utah limited liability company, | |
| Defendant. | |

**STIPULATION AND [PROPOSED] ORDER
EXTENDING TIME TO RESPOND TO
COMPLAINT AND CONTINUING CASE
MANAGEMENT CONFERENCE**
Case No. 07-2687 SBA

The parties are in settlement negotiations. The defendant's response to the Complaint is presently due on April 16, 2008, and a case management conference is presently scheduled for April 23, 2008. Because settlement negotiations are progressing well, to conserve judicial resources and avoid incurring unnecessary litigation expenses, the parties have agreed, subject to Court approval, to continue the case management conference for about two weeks to either May 7 or 8, 2008 (whichever is most convenient for the Court), and to extend the time for defendant to respond to the Complaint to seven days before the hearing is scheduled. Therefore, good cause exists for granting the stipulated continuance and extension.

Respectfully Submitted,

SIDLEY AUSTIN LLP

Dated: April 11, 2008        By    /s/ Jeffrey M. Olson
                                   Jeffrey M. Olson
                                   Attorneys for Plaintiff
                                   CARDICA, INC.

WORKMAN NYDEGGER

Dated: April 11, 2008        By:    /s/ Thomas R. Vuksinick
                                    Brent P. Lorimer
                                    Thomas R. Vuksinick
                                    Attorneys for Defendant

## ORDER

IT IS HEREBY ORDERED THAT the Case Management Conference currently scheduled for April 23, 2008 shall be CONTINUED to **May 7 at 3:45 p.m.** The parties shall **meet and confer** prior to the conference and shall prepare a joint Case Management Conference Statement which shall be filed no later than ten (10) days prior to the Case Management Conference that complies with the Standing Order For All Judges Of The Northern District Of California and the Standing Order of this Court. Plaintiffs shall be responsible for filing the statement as well as for arranging

**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT AND CONTINUING CASE MANAGEMENT CONFERENCE**
Case No. 07-2687 SBA           2

the conference call. All parties shall be on the line and shall call (510) 637-3559 at the above indicated date and time.

IT IS SO ORDERED:

Dated: 4/22/08

_____
Saundra B. Armstrong
United States District Judge