1   BRENT P. LORIMER (USB No. A3731) (admitted pro hac vice)
    *blorimer@wnlaw.com*
2   THOMAS R. VUKSINICK (USB No. A3341) (admitted pro hac vice)
    *tvuksinick@wnlaw.com*
3   CHAD E. NYDEGGER (USB No. 9664) (to be admitted pro hac vice)
    *cnydegger@wnlaw.com*
4   WORKMAN NYDEGGER
    1000 Eagle Gate Tower
5   60 East South Temple
    Salt Lake City, UT  84111
6   Telephone:  (801) 533-9800
    Facsimile:  (801) 328-1707
7
    ROBERT H. SLOSS
8   FARELLA BRAUN & MARTEL LLP
    235 Montgomery Street
9   San Francisco, CA  94101
    Telephone:  (415) 954-4400
10  Facsimile:  (415) 954-4480 (fax)
    *RSloss@fbm.com*
11
    Attorneys for Defendant
12
13              IN THE UNITED STATES DISTRICT COURT

14              NORTHERN DISTRICT OF CALIFORNIA

15  CARDICA, INC., a Delaware corporation,      Case No. 07-2687 SBA

16              Plaintiff,                       Honorable Saundra Brown Armstrong

17       v.

18  INTEGRATED VASCULAR                          **STIPULATION AND [PROPOSED]
    INTERVENTIONAL TECHNOLOGIES,                 ORDER EXTENDING TIME TO
    L.C., a Utah limited liability company,      RESPOND TO COMPLAINT**
19
20              Defendant.

21

22

23

24

25

26

27

28

The parties having met and conferred, through their counsel, stipulate to extend Defendant Integrated Vascular Interventional Technologies, L.C.'s time to respond to the complaint from April 30, 2008 to May 14, 2008.  This extension is requested by Defendant to avoid undue expense and waste of resources.  The parties have agreed in principal to settlement of this case, subject to execution of an agreed form of settlement agreement and completion of the conditions precedent to closing.  If all goes as expected, the settlement agreement will be executed and the conditions of closing will be satisfied within at least 10 to 14 days and perhaps within a day or two.  Therefore, good cause exists for granting the stipulated extension.

Respectfully Submitted,
SIDLEY AUSTIN LLP

Dated:  April 30, 2008          By____/s/ Jeffrey M. Olson_____
                                   Jeffrey M. Olson
                                   Attorneys for Plaintiff
                                   CARDICA, INC.

WORKMAN NYDEGGER

Dated:  April 30, 2008          By:____/s/ Thomas R. Vuksinick_____
                                   Brent P. Lorimer
                                   Thomas R. Vuksinick
                                   Attorneys for Defendant

**[PROPOSED] ORDER**

IT IS SO ORDERED:

Dated:  _____, 2008          _____
                                       Saundra B. Armstrong
                                       United States District Judge

CERTIFICATE OF SERVICE

I hereby certify that on April 30, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following: *jolson@sidley.com* and *stiu@sidley.com*; and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participant:

Paul Howard Meier
Sidley Austin LLP
555 West Fifth Street, Suite 4000
Los Angeles, CA  90013

Executed on April 30, 2008, at Salt Lake City, Utah.

WORKMAN NYDEGGER

By   /s/   Thomas R. Vuksinick
        BRENT P. LORIMER
        THOMAS R. VUKSINICK
        CHAD E. NYDEGGER

Attorneys for Defendant

1705731_1