1  SIDLEY AUSTIN LLP
   JEFFREY M. OLSON (SBN 104074)
2  *jolson@sidley.com*
   PAUL H. MEIER (SBN 115999)
3  *pmeier@sidley.com*
   SAMUEL N. TIU (SBN 216291)
4  *stiu@sidley.com*
   555 W. Fifth Street, Suite 4000
5  Los Angeles, California  90013
   (213) 896-6000  phone
6  (213) 896-6600  fax

7  Attorneys for Plaintiff
   CARDICA, INC.
8

9

10                     UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                            OAKLAND DIVISION

13  CARDICA, INC., a Delaware corporation,   )   Case No. 07-CV-02687 (SBA)
                                             )
14              Plaintiff,                   )   Assigned to: Hon. Saundra Brown Armstrong
                                             )
15       v.                                  )   **NOTICE OF STIPULATED DISMISSAL**
                                             )   **WITHOUT PREJUDICE**
16  INTEGRATED VASCULAR                      )
    INTERVENTIONAL TECHNOLOGIES, L.C.,       )
17  a Utah limited liability company,        )
                                             )
18              Defendant.                   )
                                             )
19

20

21

22

23

24

25

26

27

28

**NOTICE OF STIPULATED DISMISSAL**
**CASE NO. 07-CV-02687 (SBA)**

Pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, the parties hereby jointly stipulate to dismissal of this action without prejudice and that each party is to bear its own costs and attorneys' fees.

Respectfully submitted,

**SIDLEY AUSTIN LLP**
Jeffrey M. Olson
Paul H. Meier
Samuel Tiu

Dated: May 6, 2008

By: /s/ Jeffrey M. Olson
Jeffrey M. Olson
Attorneys for Plaintiff
CARDICA, INC.

**WORKMAN NYDEGGER**
Brent P. Lorimer
Thomas R. Vuksinick
Attorneys for Defendant

Dated: May 6, 2008

By: /s/ Thomas R. Vuksinick
Thomas R. Vuksinick
Attorneys for Defendant