## CERTIFICATE OF SERVICE

I hereby certify that on May 6, 2008, I caused true and correct copies of the foregoing **NOTICE OF STIPULATED DISMISSAL WITHOUT PREJUDICE** to be served by e-mail (in Adobe PDF format) and first class mail delivery to:

| | |
|---|---|
| Brent P. Lorimer<br>*blorimer@wnlaw.com*<br>Thomas R. Vuksinick<br>*tvuksinick@wnlaw.com*<br>**WORKMAN NYDEGGER**<br>1000 Eagle Gate Tower<br>60 East South Temple<br>Salt Lake City, UT 84111<br>Telephone:  (801) 533-9800<br>Facsimile:  (801) 328-1707 | Robert H. Sloss<br>rsloss@fbm.com<br>**FARELLA BRAUN & MARTEL LLP**<br>235 Montgomery Street, 17th Floor<br>San Francisco, CA 94104<br>Telephone:  (415) 954-4400<br>Facsimile:  (415) 954-4480 |

Executed on May 6, 2008, in Los Angeles, California 90013.  I declare under penalty of perjury that the foregoing is true and correct.

/s/ Jeffrey M. Olson
Jeffrey M. Olson

LA1 1178576v.1