AO 120 (Rev. 2/99)

| TO: | Mail Stop 8<br>Director of the U.S. Patent & Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court ___Northern District of California___ on the following ☐ Patents or  X Trademarks:

| DOCKET NO.<br>C-07-2687-BZ | DATE FILED<br>May 22, 2007 | U.S. DISTRICT COURT<br>Office of the Clerk, 450 Golden Gate Ave., 16th Floor, San Francisco, CA 94102 |
|---|---|---|
| PLAINTIFF<br><br>CARDICA, INC., a Delaware Corporation | | DEFENDANT<br><br>INTEGRATED VASCULAR INTERVENTIONAL TECHNOLOGIES, L.C., a Utah limited liability Co. |

| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1 | | |
| 2 | | "Pls. See Attached Copy of Complaint" |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following patent(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |||
|---|---|---|---|
| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK ||
| 1 | | ||
| 2 | | ||
| 3 | | ||
| 4 | | ||
| 5 | | ||

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT<br><br>***STIPULATION for Dismissal, entered on 05/06/08*** |
|---|

| CLERK<br><br>Richard W. Wieking | (BY) DEPUTY CLERK<br><br>Jessie Mosley | DATE  05/07/08 |
|---|---|---|

Copy 1—Upon initiation of action, mail this copy to Commissioner    Copy 3—Upon termination of action, mail this copy to Commissioner
Copy 2—Upon filing document adding patent(s), mail this copy to Commissioner    Copy 4—Case file copy

1  SIDLEY AUSTIN LLP
   JEFFREY M. OLSON (SBN 104074)
2  jolson@sidley.com
   PAUL H. MEIER (SBN 115999)
3  pmeier@sidley.com
   SAMUEL N. TIU (SBN 216291)
4  stiu@sidley.com
   555 W. Fifth Street, Suite 4000
5  Los Angeles, California 90013
   (213) 896-6000 phone
6  (213) 896-6600 fax

7  Attorneys for Plaintiff
   CARDICA, INC.
8

E- **FILED**

MAY - 6 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

#51

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| CARDICA, INC., a Delaware corporation, | Case No. 07-CV-02687 (SBA) |
|---|---|
| Plaintiff, | Assigned to: Hon. Saundra Brown Armstrong |
| v. | **NOTICE OF STIPULATED DISMISSAL WITHOUT PREJUDICE** |
| INTEGRATED VASCULAR INTERVENTIONAL TECHNOLOGIES, L.C., a Utah limited liability company, | |
| Defendant. | |

NOTICE OF STIPULATED DISMISSAL
CASE NO. 07-CV-02687 (SBA)

Entered on Civil Docket 5/6/08

Pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, the parties hereby jointly stipulate to dismissal of this action without prejudice and that each party is to bear its own costs and attorneys' fees.

Respectfully submitted,

**SIDLEY AUSTIN LLP**
Jeffrey M. Olson
Paul H. Meier
Samuel Tiu

Dated: May 6, 2008

By: /s/ Jeffrey M. Olson
Jeffrey M. Olson
Attorneys for Plaintiff
CARDICA, INC.

**WORKMAN NYDEGGER**
Brent P. Lorimer
Thomas R. Vuksinick
Attorneys for Defendant

Dated: May 6, 2008

By: /s/ Thomas R. Vuksinick
Thomas R. Vuksinick
Attorneys for Defendant

# CERTIFICATE OF SERVICE

I hereby certify that on May 6, 2008, I caused true and correct copies of the foregoing **NOTICE OF STIPULATED DISMISSAL WITHOUT PREJUDICE** to be served by e-mail (in Adobe PDF format) and first class mail delivery to:

Brent P. Lorimer
*blorimer@wnlaw.com*
Thomas R. Vuksinick
*tvuksinick@wnlaw.com*
**WORKMAN NYDEGGER**
1000 Eagle Gate Tower
60 East South Temple
Salt Lake City, UT 84111
Telephone: (801) 533-9800
Facsimile: (801) 328-1707

Robert H. Sloss
rsloss@fbm.com
**FARELLA BRAUN & MARTEL LLP**
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Executed on May 6, 2008, in Los Angeles, California 90013. I declare under penalty of perjury that the foregoing is true and correct.

/s/ Jeffrey M. Olson
Jeffrey M. Olson